IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINA HUDSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-08-2471 |
| § | |
| L&W SUPPLY CORPORATION, INC., § | |
| § | |
| Defendant. § | |

**ORDER**

The joint pretrial order in this case is due on August 21, 2009 and docket call is set for August 28, 2009. (Docket Entry No. 12). The plaintiff, Christina Hudson, has moved to continue the trial setting to October or November 2009 because her lawyer will be out of the country from September 5-12. (Docket Entry No. 20). The court appreciates the advance notification of plaintiff's counsel's schedule and will fully take it into account in setting a trial date. The trial date will be set at docket call. The joint pretrial order deadline and docket call remain in place. The trial date will be set to avoid conflict with counsel's vacation plan.

SIGNED on February 19, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge