IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINA HUDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2471 |
| | § | |
| L&W SUPPLY CORPORATION, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant, L&W Supply Corporation, moved for a continuance. (Docket Entry No. 64). The defendant argues that the docket call scheduled for December 10, 2009 should be moved because witnesses are unavailable to testify during December. These and other scheduling issues will be taken into consideration in setting a trial date, but they are not a reason to delay the docket call. The trial date will be set at the docket call and will not be in December 2009.

The motion for continuance is moot. The docket call will occur as scheduled on December 10, 2009. The parties should come prepared to cooperate in setting dates for trial.

SIGNED on October 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge